LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorneys for Plaintiff

MARC B. KOENIGSBERG, SBN 204265
**GREENBERG TAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Email: KoenigsbergM@gtlaw.com

Attorneys for Defendants
THRIFTY PAYLESS, INC. dba RITE AID #06065
and WEST CAPITOL SHOPPING CENTER, LLC

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McCUNE,<br><br>    Plaintiff,<br><br>vs.<br><br>THRIFTY PAYLESS, INC. dba RITE AID #06065; RITE AID CORP. dba RITE AID #06065; WEST CAPITOL SHOPPING CENTER, LLC,<br><br>    Defendants.<br>_____/ | Case No. 2:13-cv-00485-JAM-EFB<br><br>**JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

    Plaintiff MICHAEL McCUNE and defendants THRIFTY PAYLESS, INC. dba RITE AID #06065 and WEST CAPITOL SHOPPING CENTER, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: November 26, 2013        LAW OFFICES OF LYNN HUBBARD

                                                        /s/  Lynn Hubbard           /
                                                        LYNN HUBBARD III
                                                        Attorney for Plaintiff

Dated: November 26, 2013        GREENBERG TAURIG, LLP

                                                        /s/  Marc B. Koenigsberg    /
                                                        MARC B. KOENIGSBERG
                                                        Attorney for Defendants THRIFTY PAYLESS,
                                                        INC. dba RITE AID #06065 and WEST
                                                        CAPITOL SHOPPING CENTER, LLC

## **ORDER**

    IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-00485-JAM-EFB, is dismissed with prejudice in its entirety.

Dated: 12/2/2013

                                                        /s/ John A. Mendez_____
                                                        United States District Court Judge