LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorneys for Plaintiff

MARC B. KOENIGSBERG, SBN 204265
**GREENBERG TAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA  95814
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:  KoenigsbergM@gtlaw.com

Attorneys for Defendants
THRIFTY PAYLESS, INC. dba RITE AID #06065
and WEST CAPITOL SHOPPING CENTER, LLC

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McCUNE,<br><br>        Plaintiff,<br><br>    vs.<br><br>THRIFTY PAYLESS, INC. dba RITE AID #06065; RITE AID CORP. dba RITE AID #06065; WEST CAPITOL SHOPPING CENTER, LLC,<br><br>        Defendants.<br>_____/ | Case No.  2:13-cv-00485-JAM-EFB<br><br>**JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

 Plaintiff MICHAEL McCUNE and defendants THRIFTY PAYLESS, INC. dba RITE AID #06065 and WEST CAPITOL SHOPPING CENTER, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: November 26, 2013  LAW OFFICES OF LYNN HUBBARD

    /s/ Lynn Hubbard /
    LYNN HUBBARD III
    Attorney for Plaintiff

Dated: November 26, 2013  GREENBERG TAURIG, LLP

    /s/ Marc B. Koenigsberg /
    MARC B. KOENIGSBERG
    Attorney for Defendants THRIFTY PAYLESS,
    INC. dba RITE AID #06065 and WEST
    CAPITOL SHOPPING CENTER, LLC

## **ORDER**

 IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-00485-JAM-EFB, is dismissed with prejudice in its entirety.

Dated: 12/2/2013

    /s/ John A. Mendez_____
    United States District Court Judge

Joint Stipulation for Dismissal and Order  *McCune v. Thrifty Payless, Inc., et al.*
  Case No. 2:13-cv-00485-JAM-EFB

Page 2